ANNA LEVINE, Appellant, v. HARRY CHARLOW and Another, Respondents.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves printed record and brief on or before April 15, 1939, and is ready for argument at term of this court commencing May 8, 1939, in which event the motion is denied. Application for permission to appeal on typewritten record, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOEBEL, Defendant.— Motion for order vacating order of September 28, 1938, and order of January 25, 1939, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.